United States Bankruptcy Court

Eastern District of Wisconsin

RE: David Syverson,

Sharon Syverson;

Debtors

Chapter 13

Case No. 17-30585-BEH

## REQUEST FOR HEARING

Attorney Paul Strouse, State Bar number 1017891 has requested to withdraw as council in the case numbered 17-30585 in the US Bankruptcy Court Eastern District of Wisconsin.

Attorney Strouse claims an inability to communicate due to a conflict as the basis for his request to withdraw as council. Attorney Strouse has repeatedly failed to address requests to resolve conflicts raised by debtors in this case. Furthermore he has acted in an abusive and aggressive manner when asked to resolve these issues. His most recent failure to attend scheduled appointments in preparation for a mediation session, as well as repeated instances of he and his staff providing false or misleading information to the debtors, has resulted in a request to communicate only with the debtor's son and power of attorney, Paul J. Bruno.

Mr. Bruno is informing the Wisconsin Office of Lawyer Regulation of Attorney Strouse's actions during this case as part of a formal complaint. The debtors request the court grant a hearing in this matter to enter these circumstances the records of the US Bankruptcy Court Eastern District of Wisconsin.

David Syverson, Sharon Syverson, Paul Bruno - POA

11/05/2018