THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 6, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

   David C Syverson and             Case No. 17-30585-beh
   Sharon M Syverson,

           Debtors.                Chapter 13

**ORDER ON DEBTORS' REQUEST FOR HEARING**

On November 5, 2018, the debtors filed a request for a hearing on Attorney Paul Strouse's motion to withdraw as their counsel in this case. The debtors describe their interactions with, and complaints against, Mr. Strouse, and ask that the Court schedule a hearing "to enter these circumstances [in] the records of the U.S. Bankruptcy Court Eastern District of Wisconsin." The debtors do not oppose Attorney Strouse's request to withdraw as their counsel, nor do they state any legal or factual basis to deny the motion.

In these circumstances, a hearing on the motion is unnecessary, and the Court will take no further action on the debtors' request for a hearing.

#####